FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 27, 2017

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BECKY LOUPEE,<br><br>                Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | No. 1:17-cv-03073-MKD<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE**<br><br>**ECF Nos. 14, 19** |

      BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 19) of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney D. James Tree represents Plaintiff. Attorney Catherine Escobar represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 8. After considering the file and proposed order, **IT IS HEREBY ORDERED**:

      1. The parties' Stipulated Motion for Remand (**ECF No. 19**) is **GRANTED**.

ORDER - 1

2. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties agree on and the Court ORDERS the following terms:

On remand, the Appeals Council will first determine whether the record supports a finding of disability at a date prior to February 23, 2015.[1] If further development is warranted, the Appeals Council will affirm the finding of disability as of February 23, 2015, and remand the case to the Administrative Law Judge to offer Plaintiff an opportunity for a new hearing. The ALJ shall also (1) reevaluate the opinions provided by Mary Pellicer, M.D. and William Drenguis, M.D., pursuant to the provisions of 20 C.F.R. §§ 404.1527 and 416.927; (2) give further

---

[1] The Social Security regulations governing sentence four remands provide the Appeals Council with discretion to determine whether it or the ALJ should make the decision when a case is remanded: "When a Federal court remands a case to the Commissioner for further consideration, the Appeals Council, acting on behalf of the Commissioner, may make a decision, or it may remand the case to an administrative law judge with instructions to take action and issue a decision or return the case to the Appeals Council with a recommended decision." 20 C.F.R. § 404.983, 416.1483. This Order is consistent with the supervisory administrative discretion these regulations accord the Appeals Council in the manner it processes remand orders.

ORDER - 2

consideration to Plaintiff's maximum residual functional capacity; and, (3) as warranted, obtain supplemental evidence from a vocational expert at step 5.  ECF No. 19 at 1-2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment (**ECF No. 14**) is **STRICKEN AS MOOT**.

5. Upon proper presentation, this Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED November 27, 2017.

                 *s/Mary K. Dimke*
                 MARY K. DIMKE
                 UNITED STATES MAGISTRATE JUDGE